· EDWARD S. ATWATER, JR., respondent,

*v.*

MARWOOD R. BASKERVILLE and another, appellants.

[Argued November 29th, 1918. Decided March 3d, 1919.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lane, whose opinion is reported in *88 N. J. Eq. 121.*

*Mr. Foster M. Voorhees* (*Mr. Francis A. Gordon* on the brief), for the complainant.

*Mr. Abram H. Cornish* (*Mr. Clark McK. Whittemore* on the brief), for the defendants.

PER CURIAM.

The order appealed from is affirmed. The opinion of the vice-chancellor sufficiently vindicates his result. We have only to add that *McDermott* v. *Woodhouse* did not hold anything to the contrary. It expressly recognized the power of our courts to gather in, and control the disposition of, the assets of a foreign corporation found within this state. *Irwin* v. *Granite State Provident Association, 56 N. J. Eq. 244.* It happened in the last-cited case that there was also a domiciliary receiver, but, obviously, that was not a condition precedent to the appointment of a receiver in this state to secure or preserve the assets.

The order is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEP-PENHEIMER, WILLIAMS, TAYLOR—12.

*For reversal*—None.